Michelle C. Angeles (SBN 298883)
MAngeles@McKenziescott.com
McKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Defendant*
*Raul Cortes-Rios*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:11-cr-05389-AGS |
| Plaintiff, | |
| vs. | **DEFENDANT RAUL CORTES-RIOS'S MOTION FOR SUBSTITUTION OF COUNSEL** |
| RAUL CORTES-RIOS, | |
| Defendant. | Hon. Andrew G. Schopler |

Defendant Raul Cortes respectfully moves to substitute attorney Michelle C. Angeles, of the firm McKenzie Scott, PC, in place of attorney Pedro Bernal-Bilse as counsel of record in this matter.

//

///

//

//

//

//

//

//

//

//

//

//

-1-

DEFENDANT RAUL CORTES-RIOS'S MOTION FOR SUBSTITUTION OF COUNSEL

I hereby request the substitution of counsel.

Dated: 1/6/26

RAUL CORTES-RIOS

I consent to the substitution of counsel.

Dated: 01/06/2026

/ s / Pedro Bernal Bilse

PEDRO BERNAL-BILSE

I accept the substitution.

Dated: January 6, 2026

/s/Michelle C. Angeles

MICHELLE C. ANGELES

McKENZIE SCOTT, PC

Dated: January 6, 2026

By: /s/Michelle C. Angeles
MICHELLE C. ANGELES
*Attorney for Defendant*
*Raul Cortes-Rios*

DEFENDANT RAUL CORTES-RIOS'S MOTION FOR SUBSTITUTION OF COUNSEL