# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 11-cr-05389-AGS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Raul Cortes-Rios | Booking No. 29637298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of    2/2/2026

the Court entered the following order:

☒   Defendant be released from custody.

_____   Defendant placed on supervised / unsupervised probation / supervised release.

_____   Defendant continued on supervised / unsupervised probation / supervised release.

_____   Defendant released on _____ Bond posted.

_____   Defendant appeared in Court.  FINGERPRINT & RELEASE.

_____   Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☒   Defendant sentenced to TIME SERVED, supervised release for    0    years.

_____   Bench Warrant Recalled.

_____   Defendant forfeited collateral.

_____   Case dismissed.

_____   Case dismissed, charges pending in case no.

_____   Defendant to be release to Pretrial Services for electronic monitoring.

☒   Other. DEFENDANT SENTENCED TO TIME SERVED (78 DAYS SERVED AS OF 2/2/2026). DEFENDANT TO BE RELEASED FROM CUSTODY ON 2/2/2026.

Andrew G. Schopler

UNITED STATES DISTRICT JUDGE

OR

JOHN MORRILL, Clerk of Court

by   Lilliana Cervantes ext. 6703

Crim-9 (Rev. 09/23)
Original

 Outlook

## Read: 11cr5389-AGS, USA v. Cortes-Rios ABSTRACT

**From**  Garcia, Melissa (USMS) ▮▮▮▮▮▮▮
on behalf of
CAS Releases ▮▮▮▮▮

**Date**  Mon 2/2/2026 11:53 AM

**To**  Lilliana Cervantes ▮▮▮▮▮▮▮

📎 1 attachment (86 KB)
Read: 11cr5389 AGS, USA v. Cortes Rios ABSTRACT;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.